

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2019

No. 04-19-00013-CV

**IN THE INTEREST OF C.W.L., G.L.L, L.R. III., AND A.R., CHILDREN**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15759A
Honorable Cathy Morris, Judge Presiding

## O R D E R

The court reporter has filed a notice of late reporter's record stating that the reporter's record has not been filed because appellant has failed to designate the reporter's record. TEX. R. APP. P. 34.6(b); 35.3(b)(2). It is therefore ORDERED that appellant provide written proof to this court **within five days** of the date of this order that the reporter's record has been designated. *See* TEX. R. APP. P. 35.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court